# EXHIBIT 40

**DISTRICT OF COLUMBIA:**

**ARBITRATION**

In re Arbitration between: )
)
**MADRIGAL CONDOMINIUMS, LLC,** )
) **PANEL:**
Claimant, )
) Andrew D. Ness, Esq. (Chair)
v. ) Charles M. Asmar, Esq.
) Judith B. Ittig, Esq.
**FOULGER-PRATT RESIDENTIAL** )
**CONTRACTING, LLC** )
)
Respondent/Counter-Claimant, )
)
and )
)
**TRAVELERS CASUALTY & SURETY** )
**CO. OF AMERICA** )
)
Respondent. )
)

### CLAIMANT MADRIGAL CONDOMINIUMS, LLC'S DESIGNATION OF EXPERT WITNESSES

Pursuant to the Scheduling Order in this matter, Claimant Madrigal Condominiums, LLC ("Madrigal") hereby submits its designation of expert witnesses. Madrigal may call all or any of the following witnesses to testify in this Arbitration.

1. Robert J. Knopf, Senior Vice President and Mark A. Brungart, Senior Project Director, QDC Development Services of Washington, LLC, 1001 G Street, Suite 700W, Washington, DC 20001. Subject matter: Outstanding Items List, including defects and estimates for hold-backs.

2. Mr. Clay C. Ewell and Mr. Richard B. Allen, Jr., Construction Systems Group, Inc., 1445 Emerson Avenue, Second Floor, McLean, VA 22101. Subject matter:

>
> The roof and exterior of the building, including, but not limited to, the fenestration system, the water protection system, the panels, canopy and other exterior elements.

3. Douglas N. Carter, A.I.A, Alan K. Houde, Bo Jayatilake, Davis, Carter, Scott Ltd, 1676 International Drive, Suite 500, McLean, VA 22102. Subject matter: Interpretation of and compliance with the Contract documents; customs and practices in architecture and construction; the Project status, including Substantial and Final Completion; the building exterior and roof, and; the identification and remediation of construction defects, including design and cost of repairs.

4. Rick Cottle, Todd R. McMahon, and Edward J. Madden, Gale Associates, Inc., 11781 Lee Jackson Highway, Suite 340, Fairfax, VA 22033. Subject matter: The roof and building exterior.

5. Luis Fernandez, P.E., Fernandez-Associates, Structural Engineers, P.C., 101 Park Washington Court, Falls Church, VA 22046. Subject matter: The cause of structural and interior damage and problems to the Second Baptist Church, as well as the remedial measures.

6. Kizito A. Taiwo, P.E., Rimkus, 6990 Columbia Gateway Drive, Suite 110, Columbia, MD 21046. Subject matter: Damage and repairs to the Second Baptist Church.

7. Christian Zazzali and any other officers/employees of HITT Contracting, Inc., 2704 Dorr Ave, Fairfax, VA 22301. Subject matter: Cost of repairs to the Second Baptist Church.

8. Neil Dean and any other principal/employee of Sasaki Associates, Inc. (landscape architect), 64 Pleasant Street, Watertown, MA 02472. Subject matter: The Project landscape, including the interpretation of and compliance with the Contract documents, and; best practices in the landscape architecture industry.

9. Alan McCarthy, M.E., Robert Coleman, and Woody Mullet, GHT Limited, 1010 N. Glebe Rd., Suite 200, Arlington, VA 22201. Subject matter: The Project's mechanical, electric and plumbing systems, including, but not limited to, compliance with the air balance requirements.

Madrigal reserves the right to identify any expert witness not listed herein for the purpose of rebuttal.

Respectfully submitted,

*[signature]*
Dennis A. Davison
D.C. Bar No. 223982
Elisabeth L. Carrigan
D.C. Bar No. 982704
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 496-7500
Fax: (202) 496-7756
*Counsel for Claimant*
*Madrigal Condominiums, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Claimant Madrigal Condominiums, LLC's Designation of Expert Witnesses was served this 6th day of May, 2009 by electronic mail, upon:

>Christopher Brasco, Esq.
>Kathleen O. Barnes, Esq.
>Adam M. Tuckman, Esq.
>
>Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
>8405 Greensboro Drive, Suite 100
>McLean, Virginia 22102
>
>*Counsel for Respondents/Counter-Claimant*
>*Foulger-Pratt Residential Contracting, LLC and*
>*Travelers Casualty & Surety Co. of America*

>/s/ Dennis A. Davison
>Dennis A. Davison, Esq.
>D.C. Bar No. 223982
>Elisabeth L. Carrigan, Esq.
>D.C. Bar No. 982704
>McKENNA LONG & ALDRIDGE LLP
>1900 K Street, N.W.
>Washington, D.C. 20006
>Tel.: (202) 496-7500
>Fax: (202) 496-7756
>
>*Counsel for Claimant Madrigal Condominiums, LLC*

DC:50619845.3

- 4 -